**ADAM J. FISHBEIN, P.C.**
ATTORNEY AT LAW
483 Chestnut Street
Cedarhurst, New York 11516

Telephone (516) 791-4400
Telecopier (516) 791-4411

April 9, 2015

<u>**VIA ECF**</u>
The Honorable Eric N. Vitaliano
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**RE:**  Isaacson v. ARS
        15 CV 762 (ENV) (JO)

Dear Judge Vitaliano:

I represent the plaintiff in the above referenced matter. For some reason, perhaps due to the numerous filings and ECF bounces along with the Dier matter assigned to Judge Amon, I somehow overlooked or missed that the defendant had made an application for a pre motion conference to move for judgment on the pleadings. I was under the impression that the defendant had only made an application for consolidation. I have conferred with defendant's counsel who has consented to this request. Plaintiff requests two weeks from today to respond.

Thank you for the Court's consideration of the foregoing.


Yours faithfully,

/s/

Adam J. Fishbein


Cc:    Michael T. Etmund, Esq.

1